UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES, | ) | CASE NO. CR06-043-MJP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER DENYING |
| | ) | RECONSIDERATION OF ORDER |
| SENANDO DIPLAC ADAJAR, | ) | REVOKING RELEASE |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant, by and through his attorney Catherine Chaney, has moved for a District Judge to review the order entered by this court revoking release, entered on April 28, 2006. Defendant urges a change in circumstances as the basis for the motion. Therefore, the matter was referred to the undersigned Magistrate Judge for consideration, as the assertion of a change in circumstances warrants the characterization of the motion as one for reconsideration.

Defendant and four co-defendants have been indicted on Bank Fraud charges based on a scheme whereby stolen credit card convenience checks and other checks were deposited into bank accounts, following which funds were withdrawn. An initial detention hearing was held in this matter on January 18, 2006, following which defendant was released on an appearance bond.

01  Over the strong objection of defendant, who wished to reside in the community, a condition of
02  release was imposed that he reside in a halfway house. Defendant failed to appear at the halfway
03  house the next day as directed, and a bench warrant was issued on January 19, 2006. He remained
04  a fugitive until February 20, 2006, at which time he was arrested by local law enforcement on
05  outstanding King County drug court warrants and held in the King County Jail. He appeared
06  before this court on April 17, 2006 pursuant to a Writ of Habeas Corpus Ad Prosequendum.
07  Defendant was charged with violating the conditions of pretrial release by consuming
08  methamphetamine on or about January 15, 2006, failing to comply with the conditions of his King
09  County Drug Court diversion agreement as required, and by failing to report to the halfway house
10  as directed. At an evidentiary hearing on April 28, 2006, defendant was found to have violated
11  these conditions and an order was entered revoking his bond.

12  Defendant asks that he be allowed to reside with his mother and sister and submit to
13  electronic home monitoring. He states that his mother is willing to remove the "call waiting"
14  feature on her phone that would previously have prevented the installation of an electronic
15  monitoring system.

16  The willingness of defendant's mother to change the features on her telephone do not
17  present new and material conditions that would warrant a change in the previous order revoking
18  bond. Defendant's mother previously indicated to Pretrial Services that she did not want him
19  released to her home because she was an elderly woman with many health problems and could not
20  be responsible for his behavior. The absence or presence of a call waiting feature on her phone
21  was, at most, a minor consideration.

22  Defendant is a citizen of the Phillippines with significant family ties to that country. His

ORDER DENYING RECONSIDERATION
OF ORDER REVOKING RELEASE
PAGE -2

criminal history includes multiple forgery charges and the instant charges involve access to large quantities of cash. Although enrolled in the King County Superior Court Drug Court, he appeared for his interview with Pretrial Services with a t-shirt with a picture of marijuana leaves and the phrase "home grown". When initially released on an appearance bond on January 18, 2006, he reported for an intake interview with Pretrial Service and tested positive for methamphetamine, following which he allegedly admitted using methamphetamine in violation of his Drug Court diversion agreement. Ordered by this court to reside at a halfway house as a condition of release, he visibly chafed at not being allowed to reside in the community at large. He failed to report to the halfway house as directed, remaining a fugitive for over one month until he was arrested by local law enforcement on drug warrants.

Defendant is not a good candidate for release. He asserts that he is now drug free, but this is not surprising since he has been in custody for several months. Even now, he resists a placement in a halfway house, preferring to reside with his elderly mother and sister. His actions have clearly demonstrated that he is not likely to comply with any conditions or combination of conditions of release.

Treating the motion for review as a motion for reconsideration of order revoking release, the motion is DENIED.

DATED this <u>16th</u> day of May, 2006.

Mary Alice Theiler
United States Magistrate Judge