HONORABLE MARSHA J. PECHMAN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SENANDO ADAJAR,<br><br>　　　　Defendant. | )<br>) Case No. CR06-043-MJP<br>)<br>)<br>) ORDER CONTINUING<br>) TRIAL DATE AND PRETRIAL MOTIONS<br>) CUTOFF DATE<br>)<br>)<br>) |

## **ORDER**

The Court having considered Defendant Adajar's Motion to Continue Trial Date and Pretrial Motions' Deadline, hereby finds:

A continuance is necessary for effective trial preparation, taking into account the exercise of due diligence.  See Title 18, United States Code, Section 3161(h)(8)(B)(iv).

The ends of justice served by continuing the trial date to August 7, 2006 outweigh the best interests of the public and the defendant in a speedy trial.  See Title 18, United States Code, Section 3161(h)(8)(A).

IT IS THEREFORE ORDERED that the time within which pretrial motions must be filed is extended to July 14, 2006 and the trial date is extended from June 26, 2006 to August 7, 2006.

IT IS FURTHER ORDERED THAT the time period between June 26, 2006 and August 7, 2006 is excludable time, pursuant to 18 U.S.C. § 3161(h)(8)(A), for the

3161-3174.

      DONE this 13th day of June, 2006.


              /S/*Marsha J. Pechman*
              HON. MARSHA J. PECHMAN
              UNITED STATES DISTRICT JUDGE



Presented by:

Catherine Chaney, WSBA No. 21405
Attorney for Senando Adajar